197 So. 46

### Marvin TERRY v. STATE.

### 8 Div. 50.

Supreme Court of Alabama.

June 6, 1940.

Rehearing Denied June 27, 1940.

Wm. Stell, of Russellville, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Marvin Terry for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Terry v. State, 29 Ala.App. 340, 197 So. 44.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.